```
JOSEPH C. GRASSI, ESQUIRE
BARRY, CORRADO, GRASSI & GILLIN-SCHWARTZ, P.C.
2700 PACIFIC AVENUE
WILDWOOD, NJ 08260
(P) (609)7 29-1333 (F) (609)522-4927
jgrassi@capelegal.com
Attorney(s) for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD MINGUELA,<br>        Plaintiff,<br>v.<br><br>NICHOLAS C. ROMANTINO, BRANDON T. GALLAGHER, ANTHONY M. AGUS, ODISE A. CARR, JOSEPH D. WYSOCKI, J. SCOTT THOMSON, MARY EVA COLALILLO, and CAMDEN COUNTY, NEW JERSEY,<br>        Defendant. | Case No.  1:20-cv-01893-NLH-AMD<br><br>Civil Action<br><br>**AMENDED CERTIFICATION OF DEVON M. JACOB, ESQUIRE** |

I, Devon M. Jacob, an attorney seeking admission *pro hac vice* for the purposes of representing plaintiff, Edward Minguela, in the above captioned matter, hereby certify the following:

1.  My current business address is P.O. Box 837, Mechanicsburg, PA 17055-0837, telephone 717-796-7733, email djacob@jacoblitigation.com.

2.  I am a former municipal police officer having been employed as such by an accredited police department in the Commonwealth of Pennsylvania.

3.  I attended the Widener University School of Law (Harrisburg), graduating in May of 2002, in the top 10% of my class.

4.  I am a former deputy attorney general for the Commonwealth of Pennsylvania, where I defended the Commonwealth and its officials and employees almost exclusively in civil rights cases.

5. I worked for approximately eight years in an insurance defense law firm, representing municipalities and their officials and employees, almost exclusively in civil rights cases.

6. In total, I spent approximately 10 years serving as defense counsel in civil rights cases.

7. Subsequently, I joined a Plaintiffs' law firm, as the head of civil litigation, where for approximately two years, I supervised an associate and staff, while overseeing a civil rights practice devoted largely to the prosecution of civil rights cases.

8. In November of 2013, I opened the law firm of Jacob Litigation, Inc., a national Plaintiffs' civil rights law firm.

9. I am an active member of the National Police Accountability Project (NPAP).

10. I am is also an active member of the American Association for Justice (AAJ) (formerly ATLA).

11. In 2015, I was elected Chair of the national civil rights section of AAJ.

12. In 2017, the Honorable Richard A. Posner, former judge for the Seventh Circuit Court of Appeals, selected me to be the Director of Team Posner, Inc., for the Commonwealth of Pennsylvania.

13. In July of 2018, I was elected Chair of the national Police Misconduct Litigation Group of AAJ.

14. I have prosecuted or am currently prosecuting Plaintiffs' civil rights cases, as lead or co-lead counsel, in federal courts in PA, NV, SD, DC, LA, AZ, FL, MD, AL, TX, and MN; and a wrongful death case in state and federal court in IL.

15. I have been retained to file and prosecute federal civil rights cases, in 2020, on behalf of clients in AR and NJ.

16. I have federal jury trial experience.

17. Most recently, in 2019, I conducted an eight day federal jury trial, as lead counsel, without local counsel, in the civil rights case of L. Alicia Rascon, et al. v. Clinton H. Brookins, No. CV-14-00749-PHX-JJT (D. AZ).

18. On February 21, 2020, Plaintiff filed the instant litigation.

19. Prior to filing the litigation, Plaintiff retained me to represent him as lead counsel in the litigation.

20. I drafted the Complaint (Doc. 1) in this matter.

21. Pursuant to L.Civ.R. 101(c)(1), "Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court and is ineligible for admission to the bar of this Court under L.Civ.R. 101.1(b), may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case."

22. L.Civ.R. 101(c)(1), further provides, "The motion shall contain a certified statement of the applicant disclosing each bar in which the applicant is a member in good standing including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar; in lieu thereof, the motion may attach a certificate of good standing issued by the person or office maintaining the roll of the members of its bar."

23. On October 24, 2002, I became a member of the Bar of the Commonwealth of Pennsylvania.

24. I certify that I am currently, and have always been, a member in good standing of the Bar of the Commonwealth of Pennsylvania. *See attached Certificate of Good Standing*.

25. I am also a member in good standing of the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; the United States Court of Appeals for the Third Circuit; and the Supreme Court of the United States:

| | |
|---|---|
| USDC EDPA | (11/15/2005) |
| USDC MDPA | (11/18/2002) (*See attached Certificate of Good Standing*) |
| USDC WDPA | (6/16/2003) |
| Third Circuit | (4/11/2003) |
| US Supreme Court | (1/16/2018) |

26. The name and address of the official or office maintaining the roll of the members of the bar of the aforementioned courts follow:

The Disciplinary Board of the Supreme Court of Pennsylvania
Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 2700
Harrisburg, PA 17106
(717) 783-0990

Kate Barkman, Clerk of Court
U.S. District Court Eastern District of Pennsylvania
2609 U.S. Courthouse, 601 Market Street
Philadelphia, PA 19106
(267) 299-7099

Peter J. Welsh, Clerk of Court
U.S. District Court Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501
(570) 207-5680

Joshua C. Lewis, Clerk of Court
U.S. District Court Western District of Pennsylvania
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 208-7500

Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk, U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-2995

    Admissions Office, Supreme Court of the U.S.
    One First Street, NE
    Washington, DC 20543
    (202) 479-3011

27. L.Civ.R. 101(c)(1), further provides, "The motion shall also contain a statement certifying that no disciplinary proceedings are pending against the attorney in any jurisdiction and no discipline has previously been imposed on the attorney in any jurisdiction."

28. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

29. I am ineligible for admission to the bar of this Court under L.Civ.R. 101.1(b).

30. Plaintiff has consented to my association with Joseph C. Grassi, Esquire, of the law firm of Barry, Corrado, Grassi & Gillin-Schwartz, P.C., for the purpose of Mr. Grassi serving as local counsel in this matter.

31. Pursuant to L.Civ.R. 101(c)(4), I acknowledge that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

32. I solemnly affirm that I will support and defend the Constitution of the United States, that I will represent my client conscientiously and ethically, and that I will conduct myself uprightly and according to law in all cases before this court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

            JACOB LITIGATION, INC.

            _____
            DEVON M. JACOB, ESQUIRE

Dated: June 5, 2020



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Devon Myles Jacob, Esq.*

DATE OF ADMISSION

*October 24, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 25, 2020

Amy Dreibelbis, Esq.
Deputy Prothonotary

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE **DISTRICT OF** PENNSYLVANIA

## CERTIFICATE OF GOOD STANDING

I, _____PETER WELSH_____, Clerk of this Court,

certify that _____Devon M. Jacob_____, Bar # _____89182_____,

was duly admitted to practice in this Court on

_____11/18/2002_____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Harrisburg, PA_____ on _____11/20/2019_____.
LOCATION                                              DATE


Peter J. Welsh
CLERK                                                    DEPUTY CLERK