UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| EDWARD MINGUELA,<br><br>Plaintiff,<br><br>V.<br><br>NICHOLAS C. ROMANTINO, BRANDON T. GALLAGHER, ANTHONY M. AGUS, ODISE A. CARR, JOSEPH D. WYSOCKI, J. SCOTT THOMAS, MARY EVA COLALILLO, and CAMDEN COUNTY, NEW JERSEY,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-01893 |

**VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO**
**FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO DEFENDANT NICHOLAS ROMANTINO**

    It is hereby stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff voluntarily dismisses with prejudice Defendant Nicholas Romantino. The dismissal with prejudice applies to any and all claims asserted by Plaintiff in this lawsuit against this Defendant and any claims arising out of or in any way related to this Defendant concerning the February 22, 2018 incident. This entirely concludes this litigation as to this Defendant. Each party shall bear his own fees and costs.

Respectfully Submitted,

s/ *Joseph C. Grassi*
JOSEPH C. GRASSI, ESQUIRE

s/ *Devon M. Jacob*
DEVON M. JACOB, ESQUIRE

*Attorneys for Plaintiff Edward Minguela*


 s/ *John C. Grady*
JOHN C. GRADY, ESQUIRE

*Attorney for Defendant Nicholas Romantino*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to any and all claims asserted by Plaintiff in this lawsuit against Defendant Nicholas Romantino, and any claims arising out of or in any way related to this Defendant concerning the February 22, 2018 incident. Each party shall bear his own attorney's fees and costs and no party shall be deemed a prevailing party. The Clerk is directed to terminate these parties from this litigation and any associated motions relating to these parties. The Clerk is directed to close the file.

                                                         Honorable Anne Marie Donio
                                                         United States Magistrate Judge

Dated: